■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BENTON, Appellant. [774 NYS2d 743]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Braun, J.), rendered May 30, 2002.

Ordered that the judgment is affirmed (*see People v Seaberg,* 74 NY2d 1 [1989]). Prudenti, P.J., Florio, H. Miller, Schmidt and Cozier, JJ., concur.